UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TARA J. ROUGHT<br><br>        Plaintiff,<br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:16-cv-01037-RAJ<br><br>**ORDER FOR EAJA FEES, COSTS AND EXPENSES**<br><br>NOTE ON MOTION CALENDAR<br>January 19, 2018 *without oral argument* |

### ORDER

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ORDERED that:

1)  EAJA attorney's fees of $4,663.60 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). This award is based on 23.85 hours of attorney work in 2016 at a rate of 191.70 per hour. No expenses or costs are awarded. Any check for EAJA fees shall be made payable to Plaintiff, TARA J. ROUGHT, and delivered to Plaintiff's counsel, DEBRA J. VENHAUS, at P.O. Box 12488, Mill Creek, WA 98082.

2)  If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will pay EAJA fees as described herein.

DATED this 19th day of Jan, 2018.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
2:16-cv-01037-RAJ - 1

Debra J. Venhaus, WSBA 33458
Attorney at Law
P.O. Box 12488
Mill Creek, WA 98082
Tel: 425-332-3150/Fax: 425-332-3195

_(signature)_
RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:
s/Debra J. Venhaus
Debra J. Venhaus, WSBA 33458
Attorney for Plaintiff
P.O. Box 12488, Mill Creek, WA 98082
Tel: 425-332-3150

Approved for Entry:
s/Debra J. Venhaus (signed per authorization)
Michael S. Howard
Office of General Counsel
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to the following: Michael S. Howard, Office of General Counsel, Michael.Howard@ssa.gov.

s/Debra J. Venhaus
Debra J. Venhaus, WSBA 33458
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
2:16-cv-01037-RAJ - 2

Debra J. Venhaus, WSBA 33458
Attorney at Law
P.O. Box 12488
Mill Creek, WA 98082
Tel: 425-332-3150/Fax: 425-332-3195